In the Matter of the Application of LOUIS BEAULIEU, Petitioner, for a Certiorari Order against LEWIS E. LAWES, as Agent and Warden of Sing Sing Prison, at Ossining, New York, Respondent.— Motion to dispense with printing denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of FRANK FRANGELLO for Payment of Award in the Proceeding Entitled: In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Premises Located on Ocean Parkway, West Avenue, Van Sicklen Place, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes.— Motion to confirm report of official referee granted. Submit order, to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of LEER BUILDING AND CONSTRUCTION COMPANY, INC., for Payment of Award in the Proceeding Entitled: In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Premises Located on Ocean Parkway, West Avenue, Van Sicklen Place, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes.— Motion to confirm report of official referee granted. Submit order, to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Petition of JACOB LEVENSON to Render and Settle His Account as Administrator, etc., of ARON LEVENSON, Deceased. JACOB LEVENSON, Individually and as Administrator, etc., of ARON LEVENSON, Deceased. BERNARD LEVENSON, MAX LEVENSON and SARAH WEISMAN, Appellants; KATE LEVENSON and Others, Respondents.— Motion denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of GIOVANNI VISCIOTTI for Payment of Award in the Proceedings Entitled: In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Premises Located on Ocean Parkway, West Avenue, Van Sicklen Place, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes.— Motion to confirm report of official referee granted. Submit order, to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application for Leave to Sell Real Estate of FREDERICK WILBERT, Sometimes Known as FREDERICK W. TURNER, an Infant under the Age of Fourteen Years. SARAH PULLY, Purchaser, Appellant; WILLIAM H. MOTZER, Special Guardian, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of MORRIS ZURIT, Trading as THE LITTLE FUR SHOP. LOUIS FELDMAN, Appellant; JOSEPH SHULTZ, Respondent.— Motion for stay granted upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.